UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

| In Re: Sarah Curtis | : | Case #11-51070 |
| | : | Chapter 13 |
| | : | Judge Preston |

## **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: January 15, 2016

/s/ Frank M. Pees_____
Frank M. Pees
Chapter 13 Trustee

| Name and Address | Amount |
| --- | --- |
| Robert W. Suhr Esq.<br>755 S. High St.<br>Columbus, Ohio 43206 | $918.40 |